**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL DEHORATIUS | : | No. 614 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (UPPER DARBY TOWNSHIP) | : | |
| | : | |
| | : | |
| PETITION OF: UPPER DARBY | : | |
| TOWNSHIP | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2018, the Petition for Allowance of Appeal is

**DENIED**.